UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TOM HEMBY, | |
| Plaintiff, | |
| v. | No. 3:06-0979 |
| BEBE WINANS a/k/a Benjamin Winans;<br>and HIDDEN BEACH RECORDINGS, LLC<br>a/k/a Hidden Beach Records, LLC, and<br>a/k/a acHidden Beach Recordings, LLC | Judge Haynes<br>Magistrate Judge Griffin |
| Defendants. | |

*[Handwritten notation: ORDER / Motion / is GRANTED / Will [signature] / US DJ / 3-15-08]*

## PLAINTIFF'S MOTION FOR LEAVE TO FILE
## FIRST AMENDED COMPLAINT

Comes the Plaintiff pursuant to Fed. R. Civ. P. 15 and hereby moves the Court for entry of an order granting him leave to file the attached First Amended Complaint, a copy of which is attached hereto as Exhibit 1. The scheduling order provides that the parties shall have through March 17, 2008 within which to amend pleadings, and this amendment is appropriate based upon discovery taken in this case.

Date: March 18, 2008        Respectfully submitted by:

                            s/Philip M. Kirkpatrick
                            Philip M. Kirkpatrick, BPR No. 006161
                            STEWART, ESTES & DONNELL, PLC
                            Fifth Third Center, 14th Floor
                            424 Church Street
                            Nashville, Tennessee 37219
                            (615) 244-6538 (Telephone)
                            (615) 256-8386 (Facsimile)