IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TOM HEMBY, | ) |
| *Plaintiff,* | ) ) ) ) NO: 3:06-0979 ) JUDGE HAYNES |
| BEBE WINANS a/k/a Benjamin Winans; and HIDDEN BEACH RECORDINGS, LLC a/k/a Hidden Beach Records, LLC, and a/k/a Hidden Beach Recordings, LLC, and MOVEMENT GROUP, LLC, | ) ) ) ) ) ) |
| *Defendants.* | ) |

## ORDER

For the reasons stated in open court, the Defendants' motion for judgment as a matter of law at the conclusion of the Plaintiff's proof, is **GRANTED**. Plaintiff's claims under the Copyright Act against the Defendants Bebe Winans also known as Benjamin Winans, Hidden Beach Recordings also known as Hidden Beach Records, LLC and Movement Group, LLC are **DISMISSED with prejudice**. Plaintiff's state law claims are preempted by the Copyright Act and are otherwise without merit.

Accordingly, this action is **DISMISSED with prejudice**. The Defendants are awarded their costs in this action

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 24th day of July, 2009.

WILLIAM J. HAYNES, JR
United States District Judge