UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TOM HEMBY, ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 3:06-cv-0979 |
| v. ) | Judge Haynes |
| ) | Magistrate Judge Griffin |
| BEBE WINANS, d/b/a ) | |
| BENJAMIN WINANS and MOVEMENT ) | |
| GROUP, LLC., ) | |
| ) | |
| and ) | |
| ) | |
| HIDDEN RECORDS RECORDINGS, ) | |
| LLC, a/k/a HIDDEN BEACH RECORDS, ) | |
| LLC, and a/k/a HIDDEN BEACH ) | |
| RECORDINGS, LLC, ) | |
| ) | |
| Defendants | |

### Final Taxation of Costs

The Clerk entered a Taxation of Costs in favor of Defendants on March 16, 2010. The Taxation of Costs notified the parties that pursuant to Local Rule 54.01(a) they had seven days to file Exceptions to the Clerk's determination. No Exceptions have been filed. Accordingly, the Clerk hereby makes final the taxation of costs in the amount of $3794.79 against Plaintiff Tom Hemby. The Clerk's reasoning for the final taxation of costs is stated in the Notice of Taxation of Costs (Docket Entry No.156).

### Local Rule 54.01(a)

In accordance with Local Rule 54.01(a), the parties may move the Court for review of the Clerk's determination within seven days of this Final Taxation of Costs or accept the taxation as determined by the Clerk.

*s/ Keith Throckmorton*

Keith Throckmorton
Clerk of Court