IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
IN NASHVILLE

| | |
|---|---|
| TOM HEMBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:06-0979 |
| ) | |
| BEBE WINANS, d/b/a BENJAMIN WINANS ) | JUDGE HAYNES |
| and MOVEMENT GROUP, LLC ) | MAGISTRATE JUDGE |
| ) | GRIFFIN |
| and ) | |
| ) | JURY DEMAND |
| HIDDEN BEACH RECORDINGS, LLC, a/k/a ) | |
| HIDDEN BEACH RECORDS, LLC and a/k/a ) | |
| acHIDDEN BEACH RECORDINGS, LLC, ) | |
| ) | |
| Defendants. ) | |

### AGREED ORDER OF COMPROMISE AND SETTLEMENT

It appears to the court from the signatures of counsel for all parties hereon that all matters and things in controversy in this action have been compromised and settled, and that as part of the settlement, a Stipulation to Dismiss the appeal of this matter to the Sixth Circuit Court of Appeals effective contemporaneous with entry of this Agreed Order of Compromise and Settlement has been contemporaneously filed, and that the Order and Memorandum awarding attorney's fees (Document Nos. 155 and 154) and the award of costs in this cause (Document Nos. 156 and 158) should be vacated, and that the complaint and all amended complaints in this action should be dismissed with prejudice to the refiling of same. Accordingly:

IT IS THEREFORE ORDERED that the Order and Memorandum granting attorney's fees (Document Nos. 155 and 154) shall be and are hereby vacated, and that the Notice of Taxation and Final Taxation of Costs in this cause (Document Nos. 156 and 158) shall be and are

hereby vacated, and further that the complaint and all amended complaints in this action shall be and are hereby dismissed with prejudice to the refiling of same, and that the parties shall bear their own attorney's fees and costs, with there being no further filing of Bills of Costs in this cause.

THIS IS THE FINAL ORDER IN THIS ACTION.

IT IS SO ORDERED.

JUDGE WILLIAM J. HAYNES JR.

Dated: April 5, 2010

Respectfully submitted,

DICKINSON WRIGHT PLLC

s/Philip M. Kirkpatrick
Philip M. Kirkpatrick, BPR No. 006161
Fifth Third Center, 14th Floor
424 Church Street
Nashville, Tennessee 37219
(615) 244-6538 (Telephone)
(615) 256-8386 (Facsimile)

*Attorneys for Plaintiff*

LYON & PHILLIPS, PLLC

s/Bruce H. Phillips
Bruce H. Phillips, BPR No. 16499
Phillips K. Lyons, BPR No. 13661
11 Music Circle South, Suite 202
Nashville, TN 37203
(615) 259-4664 (Telephone)
(615) 259-4668
*Attorneys for Defendants*

NASHVILLE 38675-1 380030